# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:06-cr-125-Orl-19KRS

**SHARIKA MICHELLE FLOWERS #23**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR BOND (Doc. No. 594)
>
> **FILED:** October 2, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

This is a motion for reconsideration of the Court's previous decision (Doc. No. 152) ordering the Defendant detained. The motion does not raise any matters not considered at the original hearing. Under 18 U.S.C. § 3142, the criteria for reconsideration have not been met.

**DONE** and **ORDERED** in Orlando, Florida on this 4th day of October, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Sharika Michelle Flowers #23