## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                          CASE NO. 6:06-CR-125-ORL-19KRS

SHARIKA MICHELLE FLOWERS,

      Defendant.

## ORDER

This case was considered by the Court on the following matters:

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 1256, filed February 13, 2007) and Joint Notice of No Objection to the Report and Recommendation (Doc. No. 1356, filed March 8, 2007).

Upon consideration, the Report and Recommendation (Doc. No. 1256) is **ADOPTED and AFFIRMED.** The Amended Motion to Withdraw Plea (Doc. No. 1193, filed January 29, 2007) is **GRANTED.**

2.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 1357, filed March 8, 2007), Notice of No Objection to the Report and Recommendation by the United States of America (Doc. No. 1358, filed March 8, 2007) and Notice of No Objection to the Report and Recommendation by Defendant Sharika Michelle Flowers (Doc. No. 1359, filed March 8, 2007).

Upon consideration, the Report and Recommendation of the United States Magistrate Judge (Doc. No. 1357) is **ACCEPTED, AFFIRMED AND ADOPTED.**

Defendant Sharika Michelle Flowers has entered a plea of guilty to Count One of the

Second Superseding Information knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Second Superseding Information.

Ruling on acceptance of the Plea Agreement (Doc. No. 1353, filed March 8, 2007) is **DEFERRED** until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this ___9th___ day of March, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
U.S. Attorney
Counsel of Record
U.S. Attorney
U.S. Probation
U.S. Pretrial Services
U.S. Marshal